## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | |
|---|---|
| JANETTE BESSIRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:09-0032 |
| | ) JUDGE KNOWLES |
| | ) |
| SOUTH CENTRAL HUMAN | ) |
| RESOURCE AGENCY, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court with regard to a Motion to Amend the Case Management Order. Docket No. 35. Plaintiff has filed a Response in Opposition to the Motion (Docket No. 36) and Defendants have filed a Reply (Docket No. 37). The Court held a status conference to discuss the Motion on October 12, 2010.

For the reasons set forth on the record at the status conference, the previously-entered Case Management Order (Docket No. 16) is MODIFIED as follows:

(1) Depositions of party and fact witnesses shall be completed by December 15, 2010;

(2) Plaintiff shall disclose the identity of her expert witnesses by January 7, 2011;

(3) Defendants shall disclose the identity of their expert witnesses by February 7, 2011;

(4) Expert depositions shall be completed by March 31, 2011;

(5) Dispositive Motions and Briefs shall be filed by April 18, 2011;

(6) Responses to dispositive Motions shall be filed on or before thirty-one (31) days after

the filing of the Motion;

(7) Replies regarding dispositive Motion shall be filed on or before ten (10) days after the filing of the Response;

(8) The parties may file Requests for Admissions with a service date of no later than December 31, 2010.

Additionally, the parties shall schedule and participate in a settlement conference with one of the other Magistrate Judges of the Court on or before May 27, 2011.

This case is set for trial on Monday, August 8, 2011 at 9:00 a.m. in Columbia, Tennessee. The final pretrial conference is set for July 26, 2011 at 10:00 a.m. in Nashville, Tennessee.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge